1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   | JUSTIN B. RUSSO, | No. 2:23-cv-0809 KJN P |
12   | Plaintiff, | |
13   | v. | |
14   | ARIGALVA, et al., | <u>ORDER</u> |
15   | Defendants. | |
16
17       Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42
18   U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff
19   alleges violations of his civil rights by defendants. The alleged violations took place in Kern
20   County, which is part of the Fresno Division of the United States District Court for the Eastern
21   District of California. <u>See</u> Local Rule 120(d).
22       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper
23   division of a court may, on the court's own motion, be transferred to the proper division of the
24   court. Therefore, this action is transferred to the Fresno Division of the court. In light of 1996
25   amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in
26   forma pauperis.
27       Good cause appearing, IT IS HEREBY ORDERED that:
28       1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

    2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

    3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: May 8, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/russ0809.22

2