UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN B. RUSSO,<br><br>             Plaintiff,<br><br>     v.<br><br>ARIGALVA, et al.,<br><br>             Defendants. | No.  1:23-cv-00703-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO OBEY COURT ORDER AND FAILURE TO PROSECUTE<br><br>(Doc. 12) |

Plaintiff Justin B. Russo is a former state prisoner proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2023, the assigned magistrate judge issued findings and recommendations, recommending this action be dismissed for Plaintiff's failure to prosecute and failure to comply with a court order.  Doc. 12.  Specifically, Plaintiff did not respond to the Court's July 21, 2023 order directing Plaintiff to pay the remaining filing fee or file a new in forma pauperis application with updated financial information.  *Id*.  The findings and recommendations contained notice that any objections were to be filed within fourteen (14) days after service.  *Id*. at 7.  To date, no objections have been filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and

recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on September 12, 2023, Doc. 12, are ADOPTED IN FULL;
2. This action is DISMISSED, without prejudice, for Plaintiff's failure to obey a court order, failure to prosecute, and failure to pay the filing fee; and
3. The Clerk of Court shall terminate any pending motions and close this case.

IT IS SO ORDERED.

Dated:   April 5, 2024

_____
UNITED STATES DISTRICT JUDGE